IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NICOLE VILLANUEVA,

Plaintiff,

vs.                                               Case No. CIV 09-1069 RB/WDS

SODHEXO, INC., VERIZON SERVICES
OPERATIONS, INC., and ALLEGIANCE
STAFFING,

Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

PLEASE BE ADVISED that the **SETTLEMENT CONFERENCE** set for **September 13, 2010 at 9:00 a.m.**, is vacated and reset to **September 30, 2010 at 10:00 a.m.**

**IT IS SO ORDERED.**

W. DANIEL SCHNEIDER
United States Magistrate Judge